```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


THE MEADOWS AT MAINSTONE
FARM CONDOMINIUM TRUST,
        Plaintiff,


        V.                              CIVIL ACTION NO.
                                        16-12546-MBB

STRATHMORE INSURANCE COMPANY,
        Defendant.
```

**FINAL JUDGMENT**

**October 11, 2018**

**BOWLER, U.S.M.J.**

The issues having been duly heard and a decision rendered, it is **ORDERED** and **ADJUDGED** that plaintiff The Meadows at Mainstone Farm Condominium Trust take nothing and that this action be dismissed on the merits.

                                /s/ Marianne B. Bowler
                                **MARIANNE B. BOWLER**
                                United States Magistrate Judge